IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2691-PSF-BNB

BLACK DIAMOND PARTNERS, LLC, a Colorado Limited Liability Company,

　　Plaintiff,

v.

ST. PAUL REINSURANCE COMPANY LIMITED,

　　Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 39), and the Court being fully advised in the premises, it is hereby

ORDERED that the Stipulation for Dismissal is GRANTED and plaintiff's Complaint against all defendants shall be DISMISSED WITH PREJUDICE, each party to its own costs.

　　DATED: November 15, 2005

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Phillip S. Figa*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Phillip S. Figa
　　　　　　　　　　　　　　　　　　　　United States District Judge